PEOPLE *v.* SUMERACKI.
ON REHEARING.

This case on rehearing is controlled by *People* v. *Sumeracki,* 326 Mich 748.

REID and BUSHNELL, JJ., dissenting.

Appeal from Ingham; Simpson (John), J., presiding. Submitted May 19, 1949. (Docket No. 68, Calendar No. 42,922.) Decided January 12, 1950. Submitted on rehearing April 14, 1950. Decided on rehearing June 27, 1950. Rehearing denied September 11, 1950.

Adam Sumeracki and others were convicted of a conspiracy to corrupt the legislature of the State of Michigan by bribery. Affirmed.

*Stephen J. Roth,* Attorney General, *Edmund E. Shepherd,* Solicitor General, *Daniel J. O'Hara,* Assistant Attorney General, and *Richard B. Foster,* Special Assistant Prosecuting Attorney, for the people.

*Frank G. Schemanske,* for appellant Sumeracki.

*Thaddeus Machrowicz, George S. Fitzgerald,* and *Paul B. Mayrand,* for defendant on second application for rehearing.

REID, J. (*dissenting*). In this matter defendant was entitled to a rehearing upon his application by virtue of the provisions of CL 1948, § 601.5 (Stat Ann § 27.25), because the case was heard by a quorum of 5 justices only and there was a dissenting opinion.

A rehearing has been granted and upon such rehearing I do not concur in the opinion filed by my Brother Mr. Justice BOYLES and my reasons for not concurring are the same as recited in my opinion in *People* v. *Sumeracki,* 326 Mich 748. The verdict should be set aside and judgment reversed. The case should be remanded to the trial court with instruction to grant a new trial.

BUSHNELL, J., concurred with REID, J.

### ON REHEARING.

BOYLES, C. J. Sumeracki is one of the defendants who were granted rehearings and oral argument after our affirmance of their convictions on charges of conspiracy to corrupt the legislature and its members. See *People* v. *Sumeracki,* 326 Mich 748.

Sumeracki has not filed a brief, on the rehearing, and no new question is raised by him for consideration. For the reasons stated in our former opinion, the conviction is affirmed.

North and Sharpe, JJ., concurred with Boyles, C. J.

Dethmers, Butzel, and Carr, JJ., did not sit.